Certificate Number: 02998-NJ-DE-035299289

Bankruptcy Case Number: 21-10307



02998-NJ-DE-035299289

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2021, at 11:52 o'clock AM EST, RONALD BADALAMENTI completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 25, 2021               By:    /s/Angela Zinnerman

                                       Name:  Angela Zinnerman

                                       Title: Counselor