UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Badalamenti, Ronald & Zulma              Case No.:      **21-10307-RG**

                                                 Chapter:       **7**

                                                 Judge:         **Rosemary Gambardella**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on March 16, 2021, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 9 Somerset Place, West Milford, New Jersey**

**Current Market Value of Property:  $375,000.00**
**Estimated Cost of Sale:  $37,500.00**

**Liens on property: Fay Servicing: $334,614.00**

**Amount of equity claimed as exempt: $30,000.00**

Objections must be served on, and requests for additional information directed to:

Name:         Benjamin A. Stanziale, Jr., Trustee

Address:      29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10307-RG |
| Ronald L. Badalamenti | Chapter 7 |
| Zulma Badalamenti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf905 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald L. Badalamenti, Zulma Badalamenti, 9 Somerset Place, West Milford, NJ 07480-1125 |
| 519076570 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519074133 | + | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519074140 | + | Rockland Electric Company, Attn: Savo Schalk Gillespie, 56 East Main Street, Suite 301, Somerville, NJ 08876-2312 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2021 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2021 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 17 2021 03:11:03 | AIS Portfolio Services, LP, Attn: Ally Capital Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519074132 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 16 2021 22:06:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519074134 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 16 2021 23:11:14 | Capital 1/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519074135 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 16 2021 23:05:05 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519074137 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2021 22:07:00 | IRS, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519074138 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2021 22:06:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519074139 | | Email/Text: bkdepartment@rtresolutions.com | Feb 16 2021 22:09:00 | Real Time Resolutions, Inc., P.O. Box 36655, Dallas, TX 75235-1655 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519074214 | | RDI Construction Management |
| 519074136 | ##+ | Fay Servicing LLC, 3000 Kellway Dr., Ste. 150, Carrollton, TX 75006-3357 |

Case 21-10307-RG    Doc 10    Filed 02/18/21    Entered 02/19/21 00:25:34    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: pdf905 | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com  nj45@ecfcbis.com |
| David A. Ast | on behalf of Joint Debtor Zulma Badalamenti david@astschmidtlaw.com info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com |
| David A. Ast | on behalf of Debtor Ronald L. Badalamenti david@astschmidtlaw.com info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6